■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS BREA, Appellant. [664 NYS2d 544] —Judgment, Supreme Court, New York County (Joan Sudolnik, J.), rendered October 7, 1994, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Questions of credibility and reliability of identification testimony were properly presented to the jury and we see no reason to disturb its findings. Concur—Sullivan, J. P., Milonas, Rosenberger, Ellerin and Wallach, JJ.

■ POLYGRAM DIVERSIFIED VENTURES, INC., Respondent, v PEPSI-COLA NEWBURGH BOTTLING CO., INC., Appellant. [664 NYS2d 543] —Judgment, Supreme Court, New York County (Beatrice Shainswit, J.), entered November 19, 1996, which, after a nonjury trial, awarded plaintiff the principal sum of $495,436, plus interest, costs and disbursements, unanimously affirmed, without costs.

The court's determination grounded primarily on its resolution of credibility issues was based upon a fair interpretation of the evidence (*Charles J. Hecht, P. C. v Clowes*, 224 AD2d 312) and we decline to disturb it. Plaintiff's damages were proven with the requisite certainty (*Hirschfeld v IC Sec.*, 132 AD2d 332, 336-337, *lv dismissed* 72 NY2d 841) and defendant failed to sustain its burden of proving the value of the claimed mitigation (*Jenkins v Etlinger*, 55 NY2d 35, 39).

We have considered defendant's other contentions and find them to be without merit. Concur—Sullivan, J. P., Milonas, Rosenberger, Ellerin and Wallach, JJ.